IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DR. WILLIAM TREICHEL,

v.                                                    CASE NO. 4:13cv141-RH/CAS

DSM SUPPLY, LLC.,

      Defendant.

_____/

ORDER EXPLAINING THE ENTRY
OF A DEFAULT JUDGMENT

      The plaintiff Dr. William Treichel filed a complaint against the defendant DSM Supply, LLC ("DSM"), asserting that DSM repeatedly sent faxes to Dr. Treichel soliciting business after Dr. Treichel instructed DSM to send no more faxes. Dr. Treichel effected service by having a process server deliver the summons and complaint to the person in charge of DSM's office in Dallas, Texas. DSM did not answer or otherwise respond to the complaint. On Dr. Treichel's request, the clerk duly entered a default. Dr. Treichel now has moved for entry of a default judgment.

The record establishes that DSM sent Dr. Treichel at least 17 unsolicited faxes after being instructed not to do so. (Dr. Treichel puts the number at 38, but he points only to 38 *pages* that comprise 17 separate *faxes*.)

Under 47 U.S.C. § 227(b)(3), Dr. Treichel may recover $500 for each violation, trebled to $1,500 for each violation because DSM willfully or knowingly violated the statute. Knowing alone enough would be sufficient to support treble damages, but this record establishes that DSM's violations were both knowing *and* willful. I find that the statute authorizes an award of treble damages and that, as a matter of discretion, treble damages should be awarded.

For these reasons, a default judgment is being separately entered today in the amount of $25,500, calculated as 17 faxes multiplied by $1,500 per fax.

SO ORDERED on February 17, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge