IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DR. WILLIAM TREICHEL,

v.  CASE NO. 4:13cv141-RH/CAS

DSM SUPPLY, LLC.,

    Defendant.

_____/

## DEFAULT JUDGMENT

The defendant having defaulted,

It is ordered that:

    The plaintiff Dr. William Treichel recover from the defendant DSM Supply, LLC, the amount of Twenty-Five Thousand Five Hundred Dollars ($25,500.00), with interest as provided by law.

SO ORDERED on February 17, 2014.

                      s/Robert L. Hinkle
                      United States District Judge